1032

[No. 28031-7-I.   Division One.   July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL BERNARD WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03707-6, Terrence A. Carroll, J., entered January 25, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 28528-9-I.   Division One.   July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07553-9, Larry A. Jordan, J., entered June 3, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Thompson, JJ.

[No. 27386-8-I.   Division One.   July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA J. SHUGART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-04793-0, Ricardo S. Martinez, J., entered November 6, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Pekelis, J.